UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

## MINUTE OF HEARING

*Hearing Information:*
**Debtor:** SEVERIANO LUGO ACO
**Joint Debtor:** ANA REYES CAMACHO
**Case Number:** 09-10354-SEK      Chapter: 13

**Date / Time / Room:** 7-12-2011      Courtroom #1
**Bankruptcy Judge:** Sara De Jesus
**Courtroom Deputy:** MARIBEL MONTALVO

*Matter:*
MOTION REQUESTING RECONSIDERATION OF DISMISSAL (Dkt. #48); TRUSTEES POSITION AS MOTION REQUESTING RECONSIDERATION (Dkt. #53); M

*Appearances:*
☐ Debtor ☑ Debtor's Attorney ☑ Trustee ☐ US Trustee
☐ Creditors/Others:

*Notes and Remarks:* *(Order will be entered electronically)*

*Proceedings:*

1- Motion for reconsideration (Docket #48) was Granted. Order dismissing case entered on 3/09/2011 (Docket #45) is vacated and set aside. *(Order will be entered electronically)*

2- Modified Plan Dated 6/02/2011 (Docket#54) is Approved. *(Order will be entered electronically)*