IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE | |
| SEVERIANO LUGO ACOSTA<br>ANA REYES CAMACHO<br>DEBTOR(S) | CASE NO. 09-10354-SEK |
| SCOTIABANK DE PUERTO RICO<br>Movant | CHAPTER 13 |
| VS. | |
| SEVERIANO LUGO ACOSTA<br>ANA REYES CAMACHO<br>JOSE R. CARRION MORALES,<br>TRUSTEE | |

**DEBTORS' RESPONSE TO MOTION REQUESTING RELIEF
FROM THE AUTOMATIC STAY**

TO THE HONORABLE COURT:

**COME NOW** debtors in the above captioned case, through the undersigned attorney, and respectfully state and pray as follows:

1. Scotiabank de Puerto Rico filed a motion requesting relief from the automatic stay basically stating that debtors have eight (8) post-petition payments in arrears in their post-petition direct mortgage loan payments.

2. Debtors hereby respectfully submit that they are in the process of obtaining the funds to cure the arrears in direct post-petition payments to Scotiabank on or before the preliminary hearing scheduled for August 24, 2011.

**WHEREFORE,** debtors respectfully request from this Honorable Court that upon payment of the post- petition arrears, deny the motion for relief from stay filed by Scotiabank.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; Scotiabank c/o Wallace Vazquez Sanabria, Esq; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants: debtors, Severiano Lugo Acosta and Ana Reyes Camacho.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of August, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC-PR #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO (787)744-78699
FAX NO (787)746-5294
EMAIL: rfigueroa@rfclawpr.com