# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: SEVERIANO LUGO ACOSTA and ANA REYES CAMACHO
Case Number: 09-10354-SEK13                                Chapter: 13
Date / Time / Room: 8/24/2011 9:00 AM
Bankruptcy Judge: MILDRED CABAN FLORES
Courtroom Clerk: MILAGROS IRIZARRY
Reporter / ECR: JOSE ROMO

## Matter:

MOTION FOR RELIEF FROM STAY UNDER §362 FILED BY SCOTIABANK DE PUERTO RICO (#72)
DEBTOR'S ANSWER (#79)

## Appearances:

~~JOSE RAMON CARRION MORALES~~
~~ROBERTO FIGUEROA CARRASQUILLO~~
~~WALLACE VAZQUEZ SANABRIA~~

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:

____curing the arrears as follows:__ pre-petition arrears within ____ days; __post-petition arrears within___days; ___by making timely payments to the Chapter 13 Trustee; ___by providing insurance until the debt is fully paid. The stay remains in full force and effect during that period of time. Upon failure to comply, the stay is lifted automatically.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Debtor shall show cause within twenty-one (21) days why the case should not be dismissed for failure to make current payments to the Chapter 13 Trustee.

____ Movant's request to issue new summons is granted. Clerk to issue new summons.

__✓__ A Final Hearing will be scheduled for: _9/28/2011_ at _9:30 A_ M. The stay remains in full force and effect pending the conclusion of the Final Hearing.

____ Trustee to file motion to dismiss or convert within___days.

__✓__ 30-day determination period waived.

____ Other:

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge