# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: <br><br>**SEVERIANO LUGO ACOSTA** <br> **ANA REYES CAMACHO** <br><br> XXX-XX-4117 <br> XXX-XX-8950 <br><br> Debtors | Case No.: 09-10354 (MCF) <br><br> Chapter 13 |

**TRUSTEE'S POSITION AS TO DEBTORS'S INTENTION TO PARTICIPATE IN THE HOME AFFORDABLE MODIFICATION PROGRAM (DOCKET NO. 93)**

**TO THE HONORABLE COURT:**

   **NOW COMES** José R. Carrión, Standing Chapter 13 Trustee (hereinafter, the "Trustee"), through the undersigned attorney, and very respectfully states and requests:

   1.  On October 18, 2011, Debtors filed a motion to inform their intention to participate in the Home Affordable Modification Program (the "Motion"). (Docket No. 93)

   2.  The Trustee hereby informed that he has no objection to Debtors' intention to participate in a mortgage modification with Banco Popular de Puerto Rico ("BPPR").

   3. However, in order to properly administer the case, Debtor must submit to the Trustee copy of the Final Agreement reached with BPPR for its review with the proposed Post Confirmation Modification Plan, with amended schedules that incorporate such final agreement.

**WHEREFORE,** the Trustee respectfully requests this Honorable Court to take notice of the Trustee's position as to Debtor's participation in a mortgage modification.

**CERTIFICATE OF SERVICE:** The Chapter 13 Trustee certifies that today, this document has been filed using the Court's CM/ECF System, which will provide electronic notice of the same to all appearing parties that are CM/ECF participants and that copy of this motion has been served by regular Fist Class Mail on this same date to: the DEBTOR(s), and all those parties in interest who have filed a notice of appearance if not an CM/ECF register user.

In San Juan, Puerto Rico, this **25th day of October, 2011.**

**/S/ Mayra M. Argüelles-Álvarez**
Staff Attorney
USDC-PR No. 228304
**JOSE R. CARRIÓN-MORALES**
CHAPTER 13 TRUSTEE
P.O. Box 9023884
*San Juan, P.R. 00902-3884*
Tel (787) 977-3535
Fax (787) 977-3550