# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

**Debtor**: SEVERIANO LUGO ACOSTA and ANA REYES CAMACHO
**Case Number**: 09-10354-MCF13      **Chapter:** 13
**Date / Time / Room**: 10/26/2011 9:00 AM
**Bankruptcy Judge**: MILDRED CABAN FLORES
**Courtroom Clerk**: Dennis Rodriguez
**Reporter / ECR**: Inecita Collazo

## *Matter:*

FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER §362 FILED BY BANCO POPULAR DE PR (#66) AND DEBTORS' ANSWER (#77)

FINAL HEARING ON MOTION FOR RELIEF FROM STAY UNDER §362 FILED BY SCOTIABANK DE PUERTO RICO (#72) AND DEBTORS' ANSWER (#79)

## *Appearances:*

Juliel Perez on behalf of Jose R Carrion Morales, Trustee
Michelle Vega o behalf of Debtor(s)

## *Proceedings:*

**ORDER:**

1. Debtor's motion requesting to Participate of the Home Affordable Modification Program (docket entry #93) is granted.
2. Upon movants' failure to prosecute the motions for relief from stay (docket entries #66 and #72) are denied.
3. Banco Popular is hereby ordered to submit an amended proof of claim within a period of ten (10) days.
4. Hearing is scheduled for 01/26/2012 at 9:00 A.M., to consider the motion for post confirmation modification of chapter 13 plan dated 10/18/2011 (docket entry #92).

/S/ MILDRED CABAN FLORES
U.S. Bankruptcy Judge